# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| AMERICAN FIDELITY LIFE INSURANCE COMPANY,<br><br>    Plaintiff,<br>vs.<br><br>INTERSTATE FIRE & CASUALTY COMPANY; INDEPENDENT SPECIALTY INSURANCE COMPANY; AND CERTAIN UNDERWRITERS AT LLOYD'S LONDON,<br><br>    Defendant. | Case No.: 3:23-cv-24644-TKW-HTC |

## JOINT NOTICE OF SETTLEMENT

Pursuant to Local Rule 16.2 (A)(1), the undersigned counsel for plaintiff, American Fidelity Life Insurance Company and the undersigned counsel for defendants, Interstate Fire & Casualty Company, Independent Specialty Insurance Company, and Certain Underwriters at Lloyds, London (Consortium 9226), hereby advise the Court that the parties have reached a settlement in this matter that resolves all disputes between the parties. The parties are finalizing the terms of the resolution and anticipate filing the appropriate dismissal documents with this Court within 60 days.

Dated this Tuesday, January 28, 2025.

| | |
|---|---|
| */s/ Daniel M. Ewert (with consent)* | */s/ Christine M. Renella* |
| Daniel M. Ewert, Esq. | Christine M. Renella, Esq. |
| Florida Bar No: 0658146 | Florida Bar No. 65485 |
| Charles Beall | crenella@zellelaw.com |
| Florida Bar No: 066494 | J. Bret Morace, Esq. |
| Moore, Hill, and Westmoreland, P.A. | Florida Bar No. 1010281 |
| 350 West Cedar Street | bmorace@zellelaw.com |
| Maritime Place, Suite 100 | ZELLE LLP |
| Pensacola FL 32502 | 110 E. Broward Blvd., Suite 2000 |
| Tel: (850) 434-3541 | Fort Lauderdale, FL 33301 |
| dewert@mhw-law.com | Tel.: (786) 693-2350 |
| cbeall@mhw-law.com | Fax: (612) 336-9100 |
| kalbini@mhw-law.com | *Counsel for Defendant* |
| *Counsel for Plaintiff* | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF FLORIDA

AMERICAN FIDELITY LIFE INSURANCE COMPANY,

    Plaintiff,

vs.

INTERSTATE FIRE & CASUALTY COMPANY; INDEPENDENT SPECIALTY INSURANCE COMPANY; AND CERTAIN UNDERWRITERS AT LLOYD'S LONDON,

    Defendant.

Case No.: 3:23-cv-24644-TKW-HTC

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2025, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                              */s/ Christine M. Renella*
                              Christine M. Renella, Esq.
                              Florida Bar No. 65485
                              crenella@zellelaw.com
                              ZELLE LLP
                              110 East Broward Blvd., Suite 2000
                              Fort Lauderdale, FL 33301
                              Tel.: (786) 693-2350
                              Fax: (612) 336-9100

**SERVICE LIST**

Daniel M. Ewert, Esq.
Florida Bar No: 0658146
Charles Beall
Florida Bar No: 066494
Moore, Hill, and Westmoreland, P.A.
350 West Cedar Street
Maritime Place, Suite 100
Pensacola FL 32502
Tel: (850) 434-3541
dewert@mhw-law.com
cbeall@mhw-law.com
kalbini@mhw-law.com
*Counsel for Plaintiff*