UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**AMERICAN FIDELITY LIFE
INSURANCE COMPANY**,

    **Plaintiff**,

v.                                   Case No. 3:23cv24644-TKW-HTC

**INTERSTATE FIRE & CASUALTY
COMPANY**, et al.,

    **Defendants**.
_____/

## ORDER OF DISMISSAL

Based on the parties' joint stipulation of dismissal with prejudice (Doc. 32), it is **ORDERED** that this case is dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A)(ii) and the Clerk shall close the case file.

**DONE and ORDERED** this 13th day of February, 2025.

_____
**T. KENT WETHERELL, II
UNITED STATES DISTRICT JUDGE**